AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BRUCE A. DOVELL,**

       **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-07-461**

**THE GUERNSEY BANK, et al.,**    **JUDGE EDMUND A. SARGUS, JR.**

       **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 9, 2007, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 9, 2007                     JAMES BONINI, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk