AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BRUCE A. DOVELL,**

       **Plaintiff,**                           **AMENDED**
                                              **JUDGMENT IN A CIVIL CASE**

**vs.**

                                            **CASE NO. C2-07-461**
**THE GUERNSEY BANK, et al.,**          **JUDGE EDMUND A. SARGUS, JR.**

       **Defendants.**

___      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Amended Opinion and Order filed August 14, 2007, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 14, 2007                                   JAMES BONINI, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk